# Third District Court of Appeal
## State of Florida

Opinion filed June 14, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0408
Lower Tribunal No. F08-26805
_____

**Ibrain Diaz,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Ibrain Diaz, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before LOGUE, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed. See State v. McKenzie, 331 So. 3d 666 (Fla. 2021); Ruiz v.

State, 351 So. 3d 93, 95 (Fla. 3d DCA 2022); Alvarez v. State, 345 So. 3d 378 (Fla. 3d DCA 2022); Bellicourt v. State, 745 So. 2d 1120 (Fla. 2d DCA 1999).